```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 12104
     SALVATORY NDYETABULA
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

              Debtor
     SSN XXX-XX-1436


------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 07/06/2007 and was confirmed 09/17/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 06/09/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
CODILIS & ASSOCIATES ^   NOTICE ONLY   NOT FILED            .00            .00
BANK OF  NEW YORK        CURRENT MORTG      .00             .00            .00
BANK OF  NEW YORK        MORTGAGE ARRE  27309.37            .00        2142.12
SELECT PORTFOLIO SERVICI CURRENT MORTG      .00             .00            .00
SELECT PORTFOLIO SERVICI MORTGAGE ARRE    235.32            .00         235.32
SELECT PORTFOLIO SERVICI CURRENT MORTG      .00             .00            .00
COOK COUNTY TREASURER    SECURED            .00             .00            .00
COMMONWEALTH EDISON      UNSECURED     NOT FILED            .00            .00
RESURGENT CAPITAL SERVIC UNSECURED      671.00              .00            .00
PEOPLES GAS LIGHT & COKE UNSECURED     3619.12              .00            .00
COOK COUNTY TREASURER    SECURED            .00             .00            .00
HSBC MORTGAGE SERVICES   CURRENT MORTG      .00             .00            .00
SELECT PORTFOLIO SERVICI SECURED NOT I     .00             .00            .00
ECAST SETTLEMENT CORP    UNSECURED      216.86              .00            .00
DANIEL M MOULTON         DEBTOR ATTY   2,500.00                        1,380.00
TOM VAUGHN               TRUSTEE                                         282.56
DEBTOR REFUND            REFUND                                            .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE             4,040.00

PRIORITY                                     .00
SECURED                                 2,377.44
UNSECURED                                    .00
ADMINISTRATIVE                          1,380.00
TRUSTEE COMPENSATION                      282.56
DEBTOR REFUND                                .00
                    ---------------    ---------------
TOTALS              4,040.00           4,040.00

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 12104 SALVATORY NDYETABULA
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 09/24/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE